■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT MICHAEL UTTER, Appellant. [705 NYS2d 300] —Appeal by the defendant from an amended judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered June 19, 1998, revoking a sentence of probation previously imposed by the same court (Berry, J.), upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of burglary in the third degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Joy, Thompson, Goldstein and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL WARRING, Appellant. [706 NYS2d 334] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dowling, J.), rendered May 6, 1998, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his contention that the showup identification procedure employed here was unnecessary under the circumstances of this case (*see,* CPL 470.05 [2]; *People v Douglas,* 254 AD2d 367). In any event, the showup procedure was proper (*see, Matter of David B.,* 244 AD2d 405; *People v Rodney,* 237 AD2d 541; *People v Yearwood,* 197 AD2d 554).

The defendant's remaining contention is without merit. O'Brien, J. P., Ritter, Sullivan and Smith, JJ., concur.